IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY CAPERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-221 |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadlines:

| | |
|---|---|
| DATE ISSUE JOINED | February 20, 2019 |
| DATE OF RULE 26(f) CONFERENCE | March 6, 2019 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | April 21, 2019 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | July 1, 2019 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY DEFENDANT | August 15, 2019 |
| CLOSE OF DISCOVERY | September 30, 2019 |
| JOINT STATUS REPORT[1] | September 30, 2019 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | October 30, 2019 |

SO ORDERED this 22nd day of March, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report in the format attached hereto. Any extension of the discovery period automatically extends the Joint Status Report deadline.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN / JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-xxx |
| | ) | |
| JOHN / JANE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**JOINT STATUS REPORT**

_____

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?

2. If the parties answered yes to question 1, do the parties prefer the assigned Magistrate Judge or a private mediator?

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

4. If the parties prefer the assigned Magistrate Judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

This \_\_\_\_ day of _____, 2019, at Augusta, Georgia.

/s/   <u>Plaintiff's Counsel</u>

/s/   <u>Defense Counsel</u>