UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY CAPERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No: 1:18-cv-00221-JRH-BKE |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**MUTUAL STIPULATION FOR DISMISSAL**

COME NOW Plaintiff ANTHONY CAPERS and with the consent of Defendant, CSX TRANSPORTATION, INC., and herein stipulate that all claims and cause of action asserted by Plaintiff in this matter against Defendant CSX TRANSPORTATION, INC. are to be dismissed with prejudice, with each party to bear their own respective attorneys' fees and court costs.

Respectfully submitted,

THE FURNISS LAW FIRM, LLC

/s/ Ryan M. Furniss
Ryan M. Furniss (IL# 6282915)
7750 Clayton Rd., Suite 102
Saint Louis, MO 63117
(314) 899-9101
(314) 627-5891 (fax)
rfurniss@furnisslaw.com

AND

/s/ Titus T. Nichols
Titus T. Nichols
945 East Paces Ferry Rd., Suite 2600
Atlanta, GA 30326
(404) 239-7072
(470) 632-4446 (fax)
titus@nlglawyer.com